UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALFREDO NUNEZ, individually and on behalf of others similarly situated,<br><br>                      Plaintiffs,<br><br>-against-<br><br>EXECUTIVE LE SOLEIL NEW YORK LLC,<br><br>                      Defendant. | 22-CV-4262 (JGLC)<br><br>**NOTICE OF REASSIGNMENT** |

JESSICA G. L. CLARKE, United States District Judge:

      This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke**.

Dated: August 4, 2023
       New York, New York

                                              SO ORDERED.

                                              *Jessica Clarke*
                                              JESSICA G. L. CLARKE
                                              United States District Judge